**THORNTON v. F.J. CHERRY HOSP.**

[362 N.C. 173 (2008)]

ERIC THORNTON v. F.J. CHERRY HOSPITAL AND NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, SELF-INSURED, KEY RISK MANAGEMENT, SERVICING AGENT

No. 281A07

(Filed 25 January 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 183 N.C. App. 177, 644 S.E.2d 369 (2007), affirming a decision and order entered by the North Carolina Industrial Commission on 8 May 2006. Heard in the Supreme Court 10 December 2007.

*Narron & Holdford, P.A., by Ben L. Eagles, for plaintiff-appellant.*

*Roy Cooper, Attorney General, by Amar Majmundar, Special Deputy Attorney General, for defendant-appellees.*

PER CURIAM.

AFFIRMED.